UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JEFFREY ELLIS,

    Plaintiff,

v.

Case No. 15-13985

Honorable John Corbett O'Meara

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR FEES

This matter came before the court on plaintiff Brian Jeffrey Ellis' February 9, 2017 Motion for EAJA Attorney's Fees. The Commissioner filed a response February 23, 2017. No reply was filed, and no oral argument was heard.

Plaintiff's counsel filed the instant motion, seeking an award of $5,973.39 in attorney fees, plus the $400 filing fee, for a total award of $6,373.39. The Commissioner has no objection to the award nor to the amount; rather, she seeks only an opportunity to determine whether the amount may be "offset to satisfy a pre-existing debt that the litigant owes to the United States." See Kenney v. Colvin, 2015 WL 5837709, at 3* (E.D. Mich. Sept. 29, 2012).

Despite Plaintiff's counsel's request that the attorney fees "be paid directly to plaintiff's attorney," the court will award the fees and costs to plaintiff Ellis.

## **ORDER**

It is hereby **ORDERED** that plaintiff Ellis' February 9, 2017 motion for attorney's fees is **GRANTED.**

It is further **ORDERED** that $6,373.39 be paid to plaintiff Brian Jeffrey Ellis, minus any amount that may be used to satisfy a pre-existing debt to the United States.

                                                              s/John Corbett O'Meara
                                                              United States District Judge
Date:  April 25, 2017

       I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 25, 2017, using the ECF system.

                                                              s/William Barkholz
                                                              Case Manager